# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ADAM PETERS, ELIZABETH MATTERN,** : | No. 3:15cv152 |
| **TINA HALL, GARY GUESTO,** : | |
| **and ROBERT KOHLER,** : | **(Judge Munley)** |
|     **PlaintiffS** : | |
| : | |
|     **v.** : | |
| : | |
| **CITY OF WILKES-BARRE,** : | |
|     **Defendant** : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## **ORDER**

**AND NOW**, to wit, this 27th day of January 2016, it is hereby

**ORDERED** that Defendant Wilkes-Barre's motion to dismiss (Doc. 9) is

**DENIED**.  Defendant is further **ORDERED** to answer plaintiffs' complaint

within fourteen (14) days from the date of this order.


                                          **BY THE COURT:**


                                          **s/ James M. Munley**
                                          **JUDGE JAMES M. MUNLEY**
                                          **United States District Court**